# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Christensen,<br><br>    Plaintiff,<br><br>v.<br><br>Earnhardt Management Company,<br><br>    Defendant. | No. CV-22-00246-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 10), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 5th day of May, 2022.

Douglas L. Rayes
United States District Judge